Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00905-CR



 

____________

 

CHARLES CRAIG WOLFE,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
240th District Court

Fort Bend County,
Texas

Trial Court Cause No.
37,572

 



 

M E M O R A N D U M   O P I N I O N

Appellant was convicted of the offense of indecency with a
child on August 13, 2004.  Appellant=s motion for new trial was granted by
order signed October 21, 2004.  Because
the motion for new trial was granted, the appeal of the August 13, 2004,
conviction is moot. 

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.

Do Not Publish C Tex. R.
App. P. 47.2(b).